Certificate Number: 16339-PAE-DE-031569815

Bankruptcy Case Number: 18-15305



16339-PAE-DE-031569815

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 4, 2018</u>, at <u>11:40</u> o'clock <u>PM EDT</u>, <u>Benjamin Vanhorn</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   September 4, 2018                 By:   /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor