P. Joseph Nicola, Esquire
Attorney ID No.: 33052
1420 Locust Street, 14-O
Philadelphia, PA 19102
Tel.: 856-854-1000
Fax: 1-866-513-3367
Email: jnicola@nicolalaw.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BENJAMIN T. VANHORN,<br><br>                    Debtor. | Case No. 18-15305-JKF<br>Chapter 13<br>Hon. Jean K. FitzSimon<br>Hearing Date: 12-7-2018 at 1:00 p.m. |

### Certificate of Mailing – Meeting of Creditors

P. Joseph Nicola, Esquire, attorney for Debtor, certifies that on November 19, 2018 notice of the hearing for Meeting of Creditors set for 12/7/2018 at 1:00 p.m. was sent by regular mail to all those whose names and addressed appear on the attached service list.

Dated: 12/7/2018                                                       *s/ P. Joseph Nicola, Esq.*
                                                                                    P. Joseph Nicola, Esq.

CAINE & WEINER, CO
PO Box 55848
Sherman Oaks, CA 91413-0848

CAPITOL ONE
15000 Capital One Dr
Richmond, VA 23238-1119

INSPIRE FEDERAL CREDIT UNION
1807 W Diehl Rd
Naperville, IL 60563-1890

NATIONAL RECOVERY AGENCY
2491 Paxton St
Harrisburg, PA 17111-1036

NEW PENN FINANCIAL, LLC
SHELLPOINT MTG SERVICE
PO Box 619063
Dallas, TX 75261-9063