UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-15305-JKF |
| Benjamin T. Vanhorn, | : | |
| Debtor. | : | Chapter 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Benjamin T. Vanhorn, Debtor, has filed a Motion for Turnover Relief with the court authorizing the Trustee to turn over funds to Shellpoint Mortgage Service intended as adequate protection mortgage payments.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 1/2/2019 you or your attorney must do all of the following:

(a) file an answer explaining your position at:

United States Court Clerk Bankruptcy
900 Market St.
Philadelphia, PA 19107
   Phone: (215) 408-280

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

P. Joseph Nicola, Esquire
1420 Locust St., 14-O
Philadelphia, PA 19102
Tel.: 856-854-1000
Fax: 1-866-513-3367
Email: jnicola@nicolalaw.com

1

And a copy to:

WILLIAM R. MILLER
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Tel. 610-779-1313

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on 01/16/2019 at 9:30 a.m. in Courtroom 3
United States Bankruptcy Court
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 12/17/2018                                          *s/ P. Joseph Nicola, Esquire*
                                                          P. Joseph Nicola, Esquire
                                                          1420 Locust St., 14-O
                                                          Philadelphia, PA 19102
                                                          Tel.: 856-854-1000
                                                          Fax: 1-866-513-3367
                                                          Email: jnicola@nicolalaw.com