United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15305-jkf
Benjamin T. Vanhorn                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi            Page 1 of 1           Date Rcvd: Jul 18, 2019
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db             Benjamin T. Vanhorn,    3309 Glenrose Ave,    Bristol, PA  19007-6514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
     JAMES RANDOLPH WOOD    on behalf of Creditor    Bristol Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
     KEVIN G. MCDONALD    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com
     P. JOSEPH NICOLA    on behalf of Debtor Benjamin T. Vanhorn jnicola@nicolaw.com, p.josephnicola@gmail.com
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **Benjamin T. Vanhorn,** | : | |
| Debtor | : | Bky. No. 18-15305 JKF |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Approve Mortgage Loan Modification (doc. no. 63, "the Motion") between the Debtor and New Penn Financial, LLC ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If: (a) the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears and (b) the Lender has filed a proof of claim on account of pre-petition arrears, the Lender's proof of claim is **DISALLOWED** insofar as it constitutes a demand for payment of prepetition arrears.

**Date:** July 18, 2019

_____
**JEAN K. FITZSIMON**
**BANKRUPTCY JUDGE**