# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Benjamin T. Vanhorn<br>　　　　　　Debtor(s)<br><br>New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns<br>　　　　　　Movant<br>　　vs.<br>Benjamin T. Vanhorn<br>　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>Scott F. Waterman, Esq.<br>　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-15305 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, which was filed with the Court on or about **December 6, 2018, docket number 16**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: **/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

August 20, 2019