# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Benjamin T. Vanhorn <br>                      Debtor <br><br> New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns <br>                      Movant <br>       vs. <br> Benjamin T. Vanhorn <br>                      Debtor <br><br> Scott F. Waterman, Esq. <br>                      Trustee | CHAPTER 13 <br><br><br><br> NO. 18-15305 JKF <br><br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, which was filed with the Court on or about March 12, 2019 (Document No. 42).

                                              Respectfully submitted,

                                              **/s/ Kevin G. McDonald, Esquire**
                                              Kevin G. McDonald, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322

August 20, 2019