P. Joseph Nicola, Esquire
Attorney ID No.: 33052
1420 Locust Street, 14-O
Philadelphia, PA 19102
Tel.: 856-854-1000
Fax: 1-866-513-3367
Email: jnicola@nicolalaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>BENJAMIN VANHORN,<br><br>                                    Debtor. | Case No. 18-15305-JKF<br><br>Chapter 13<br><br>Hon. Jean F. Fitzsimon<br><br>Hearing Date: SEPT. 18, 2018 |

**ADDENDUM TO CHAPTER 13 MODIFIED PLAN**

Paragraph 5(b)(2) of debtor's Modified Plan is amended as follows:

Timely unsecured claims to be paid 100%.

Dated: September 18, 2019         s/ P. Joseph Nicola, Esq.
                                                  P. Joseph Nicola, Esq.

Dated: September 18, 2019         s/ Benjamin T. VanHorn
                                                  Benjamin T. VanHorn