P. Joseph Nicola, Esquire

Attorney ID No.: 33052

1420 Locust Street, 14-O

Philadelphia, PA 19102

Tel.: 856-854-1000

Fax: 1-866-513-3367

Email: jnicola@nicolalaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BENJAMIN T. VANHORN,<br><br><div align="right">Debtor.</div> | Case No. 18-15305-JKF<br><br>Chapter 13<br><br>Hon. Jean K. FitzSimon<br><br>Hearing Date: |

## ORDER ON APPLICATION FOR COMENSATION

The relief set forth on below is hereby **ORDERED**

Upon the application of P. Joseph Nicola, Esquire, attorney for Debtor, Benjamin T. VanHorn, under the Bankruptcy Code and Rules of Bankruptcy Procedure as to certain property as herein set forth, and for cause shown, it is

**ORDERED** that the application for compensation is Granted.

**IT IS FURTHER ORDERED** that the total fee awarded is $3,500.00 less $2,000.00 paid leaving a balance of $1,500.00 due under the plan.

The Chapter 13 Trustee is authorized disperse $1,500.00 to

P. Joseph Nicola, Esquire
1420 Locust St., 14-O

Philadelphia, PA 19102

**IT IS FURTHER ORDERED** that the Chapter 13 Interim Trustee may disperse said funds

pursuant to the terms of the confirmed plan

dated: 11/14/19

By the Court:

_____

Honorable Jean K. FitzSimon