United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-15305-jkf
Benjamin T. Vanhorn                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi        Page 1 of 1        Date Rcvd: Nov 14, 2019
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
db             Benjamin T. Vanhorn,    3309 Glenrose Ave,    Bristol, PA   19007-6514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Bristol Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com
              P. JOSEPH NICOLA    on behalf of Debtor Benjamin T. Vanhorn jnicola@nicolalaw.com, p.josephnicola@gmail.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 7

P. Joseph Nicola, Esquire
Attorney ID No.: 33052
1420 Locust Street, 14-O
Philadelphia, PA 19102
Tel.: 856-854-1000
Fax: 1-866-513-3367
Email: jnicola@nicolalaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>BENJAMIN T. VANHORN,<br><br><br>Debtor. | Case No. 18-15305-JKF<br><br>Chapter 13<br><br>Hon. Jean K. FitzSimon<br><br>Hearing Date: |

**ORDER ON APPLICATION FOR COMENSATION**

The relief set forth on below is hereby **ORDERED**

Upon the application of P. Joseph Nicola, Esquire, attorney for Debtor, Benjamin T. VanHorn, under the Bankruptcy Code and Rules of Bankruptcy Procedure as to certain property as herein set forth, and for cause shown, it is

**ORDERED** that the application for compensation is Granted.

**IT IS FURTHER ORDERED** that the total fee awarded is $3,500.00 less $2,000.00 paid leaving a balance of $1,500.00 due under the plan.

The Chapter 13 Trustee is authorized disperse $1,500.00 to

P. Joseph Nicola, Esquire
1420 Locust St., 14-O

Philadelphia, PA 19102

**IT IS FURTHER ORDERED** that the Chapter 13 Interim Trustee may disperse said funds

pursuant to the terms of the confirmed plan

dated: 11/14/19

By the Court:

_____
Honorable Jean K. FitzSimon