# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Benjamin T. Vanhorn<br>                                       Debtor(s) | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>                                       Movant<br>       vs.<br>Benjamin T. Vanhorn<br>                                       Debtor(s) | NO. 18-15305 JKF |
| Scott F. Waterman, Esq.<br>                                       Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this          day of                   , 2019 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on _May 20, 2019_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: November 20, 2019**

                                                                                             United States Bankruptcy Judge.

cc: See attached service list

Benjamin T. Vanhorn
3309 Glenrose Avenue
Bristol, PA 19007-6514

P. Joseph Nicola
Law Office of P. Joseph Nicola
1420 Locust Street
Philadelphia, PA 19102

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532