United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15305-jkf
Benjamin T. Vanhorn                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi               Page 1 of 1              Date Rcvd: Nov 20, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.
db             Benjamin T. Vanhorn,    3309 Glenrose Ave,    Bristol, PA   19007-6514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Bristol Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com
              P. JOSEPH NICOLA    on behalf of Debtor Benjamin T. Vanhorn jnicola@nicolalaw.com, p.josephnicola@gmail.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Benjamin T. Vanhorn<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　　　　　Movant<br>vs.<br>Benjamin T. Vanhorn<br>　　　　　　　　　Debtor(s) | NO. 18-15305 JKF |
| Scott F. Waterman, Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this ____ day of _____, 2019 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *May 20, 2019* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: November 20, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list

Benjamin T. Vanhorn
3309 Glenrose Avenue
Bristol, PA 19007-6514

P. Joseph Nicola
Law Office of P. Joseph Nicola
1420 Locust Street
Philadelphia, PA 19102

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532