United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 18-15305-jkf
Benjamin T. Vanhorn                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 2            Date Rcvd: Jan 15, 2020
                              Form ID: pdf900          Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db             Benjamin T. Vanhorn,    3309 Glenrose Ave,    Bristol, PA  19007-6514
14328057       BRISTOL TOWNSHIP,    250 Pond St Ste 1A,    Bristol, PA  19007-4937
14261297      +Bristol Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14261829      +Bristol Twp,    c/o James R. Wood, Esquire,    Portnoff Law Associates, Ltd.,
               2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14179487     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court:  CAINE & WEINER, CO,     PO Box 55848,    Sherman Oaks, CA  91413-0848)
14201275      +ICUL Service Group,    1807 W Dielh Rd.,    Naperville, IL 60563-1890
14179489       INSPIRE FEDERAL CREDIT UNION,    1807 W Diehl Rd,    Naperville, IL  60563-1890
14202919      +NCB Management Services, Inc.,    One Allied Drive,    Trevose, PA 19053-6945
14179491       NEW PENN FINANCIAL, LLC,    SHELLPOINT MTG SERVICE,    PO Box 619063,    Dallas, TX  75261-9063
14202864      +New Penn Financial LLC,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14328063       PORTNOFF LAW ASSOC,    2700 Horizon Dr Ste 100,    King of Prussia, PA 19406-2726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:17     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:44
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:10     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14179488       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 03:20:51     CAPITOL ONE,
               15000 Capital One Dr,    Richmond, VA  23238-1119
14202234       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 03:20:51
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14179490       E-mail/Text: Bankruptcies@nragroup.com Jan 16 2020 03:14:32     NATIONAL RECOVERY AGENCY,
               2491 Paxton St,    Harrisburg, PA  17111-1036
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14328056       2:18-bk-15305
cr*           +Bristol Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14328058*    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court:  CAINE & WEINER, CO,     PO Box 55848,    Sherman Oaks, CA  91413-0848)
14328059*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  CAPITOL ONE,    15000 Capital One Dr,    Richmond, VA  23238-1119)
14328060*      INSPIRE FEDERAL CREDIT UNION,    1807 W Diehl Rd,    Naperville, IL  60563-1890
14328061*      NATIONAL RECOVERY AGENCY,    2491 Paxton St,    Harrisburg, PA  17111-1036
14328062*      NEW PENN FINANCIAL, LLC,    SHELLPOINT MTG SERVICE,    PO Box 619063,    Dallas, TX  75261-9063
                                                                                    TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Randi                 Page 2 of 2                   Date Rcvd: Jan 15, 2020
                               Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
        JAMES RANDOLPH WOOD    on behalf of Creditor    Bristol Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com
        P. JOSEPH NICOLA    on behalf of Debtor Benjamin T. Vanhorn jnicola@nicolalaw.com, p.josephnicola@gmail.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   BENJAMIN T  VANHORN<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 18-15305-JKF |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 15, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE